IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2021 JUL 21 PM 2:39

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 21 CR 074 JDP |
| MATTHEW D. ENGELHARDT, | 18 U.S.C. § 2422(b) |
| | 18 U.S.C. § 2423(b) |
| | 18 U.S.C. § 2428 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

From on or about April 18, 2019, to on or about June 30, 2021, in the Western District of Wisconsin and elsewhere, the defendant,

MATTHEW D. ENGELHARDT,

using a facility and means of interstate commerce, that is Facebook Messenger, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the 18 years, to engage in sexual activity for which any person could be charged with a criminal offense under the laws of the State of Wisconsin, specifically, Second Degree Sexual Assault of a Child, in violation of Wis. Stat. 948.02(2).

(In violation of Title 18, United States Code, Section 2422(b)).

### COUNT 2

On or about June 23, 2021, in the Western District of Wisconsin and elsewhere, the defendant,

MATTHEW D. ENGELHARDT,

knowingly traveled in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person.

(In violation of Title 18, United States Code, Section 2423(b)).

## FORFEITURE ALLEGATION

As a result of the offense charged in Count 1 of this indictment, and upon conviction for violating Title 18, United States Code, Sections 2422(b), the defendant,

MATTHEW D. ENGELHARDT,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, his right, title, and interest in the following:

(1) Any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including a Samsung Galaxy S20 cell phone, a Samsung Galaxy S21 cell phone, and a HP laptop computer.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 07/21/21

_____
TIMOTHY M. O'SHEA
Acting United States Attorney